UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE: TRENTON**                                                6/9/2020
**JUDGE ANNE E. THOMPSON**
**COURT REPORTER: C. FARRELL**

**TITLE OF CASE:**                                                CR02-320(AET)-1

UNITED STATES OF AMERICA
vs.
LACY J. GOGGANS,
        DEFENDANT PRESENT.

**APPEARANCES:**
Elisa Wiygul, AUSA, for government.
Mark Catanzaro, Esq., for defendant.
Donald Martenz, Probation Officer

**NATURE OF PROCEEDINGS:**
**RESENTENCING ON THE SECOND SUPERSEDING INDICTMENT PURSUANT TO CONSENT ORDER IN CIV. 19-17218 VACATING COUNT TWO AND ORDERING RESENTENCING ON REMAINING COUNTS OF CONVICTION.**
Defendant consents to proceeding via videoconference.
IMPRISONMENT:
348 months, with credit for time served, consisting of: 234 months on Count 1ss, consecutive to all other counts; 24 months on Count 3ss, consecutive to all other counts; 60 months on Count 4ss, consecutive to all other counts and 30 months on Count 5ss, consecutive to all other counts.
SUPERVISED RELEASE: 3 years on each 1ss, 3ss, 4ss & 5ss, to run concurrently, with special conditions.
Restitution: $782,508.00, with credit for any previous payments; interest waived.
Fine: waived.
Special Assessment: $400.
Defendant advised of right to appeal.
Ordered defendant remanded.
The Court recommends that the Bureau of Prisons designate a facility as near as possible to defendant's home address.

**Time commenced: 11:05 a.m**
**Time adjourned: 12:20 p.m**
**Total Time: 1 hour 15 minutes**

                                                      *<u>s/Ann Dello Iacono</u>*
                                                      **DEPUTY CLERK**