Lacy Goggans #12827-050
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105

RECEIVED

NOV 02 2020

Chambers of
Anne E. Thompson, U.S.D.J.

October 28, 2020

Attn: Honorable Anne E. Thompson
Senior United States District Judge
Fisher Fed. Bldg. & US Courthouse
402 East State Street
Trenton, NJ 08608

Dear Hon. Judge Thompson,

I am writing to you to express my urgent discontent and disconnect with my appointed attorney Mark W. Catanzaro. I have provided him information that I would like to be presented in my appeal and he has refused to enter the arguments. I would like to both protect the record and enter the arguments, as I have consulted other legal minds and both are valid arguments.

I am **respectfully** pleading that you assign to me a new appeal attorney that I can proceed to complete my appeal with.

I am a man who has made a mistake a very long time ago and have spent the last 19 years of my life reflecting upon it and working on myself. My family has hung in there with me and waited for me for all this time and I just want one chance again at life. It is all I have left.

Thank you kindly.

Sincerely,

Lacy Goggans

*Lacy Goggans.*